# EXHIBIT 1

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>19-2010 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| **PLAINTIFF(S):** A. RICHARD SCHUSTER | | **COUNTY** Middlesex |
| **ADDRESS:** | | |
| 219 E. 69th Street | | **DEFENDANT(S):** ENCORE BOSTON HARBOR |
| New York, NY 10021 | | WYNN MA, LLC |
| **ATTORNEY:** JOSHUA N. GARICK, ESQ. | | WYNN RESORTS, LTD. |
| **ADDRESS:** Law Offices of Joshua N. Garick, P.C. | | **ADDRESS:** |
| 34 Salem Street, Suite 202 | | 1 Broadway |
| Reading, MA 01867 | | Everett, MA 02149 |
| **BBO:** 674603 | | |

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A99 | Other Contract/Business Action | F | [X] YES  [ ] NO |

*If "Other" please describe: Claims relating to unpaid casino wagers.

Is there a claim under G.L. c. 93A?   [ ] YES  [X] NO      Is this a class action under Mass. R. Civ. P. 23?   [X] YES  [ ] NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses ............................................................................................................... $_____
   2. Total doctor expenses ................................................................................................................. $_____
   3. Total chiropractic expenses ........................................................................................................ $_____
   4. Total physical therapy expenses ................................................................................................ $_____
   5. Total other expenses (describe below) ...................................................................................... $_____
      Subtotal (A): $_____
B. Documented lost wages and compensation to date .................................................................... $_____
C. Documented property damages to date ...................................................................................... $_____
D. Reasonably anticipated future medical and hospital expenses ................................................... $_____
E. Reasonably anticipated lost wages .............................................................................................. $_____
F. Other documented items of damages (describe below) ............................................................... $_____

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

JUL 15 2019

CLERK

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

TOTAL (A-F):$_____

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):
   **TOTAL: $ 30,000,000.00**
Breach of contract, conversion, promissory estoppel and unjust enrichment claims relating to unpaid casino wagers.

Signature of Attorney/ Unrepresented Plaintiff: X _____   Date: Jul 15, 2019

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____   Date: Jul 15, 2019