UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| A. RICHARD SCHUSTER, *individually and on behalf of all others similarly situated*, Plaintiff, | ) ) ) ) ) ) ) | |
| v. | ) ) | C.A. No. 1:19-CV-11679-ADB |
| ENCORE BOSTON HARBOR, WYNN MA, LLC, and WYNN RESORTS, LTD., Defendants. | ) ) ) ) ) ) | |

## **MOTION TO REMAND**

Plaintiff A. Richard Schuster ("Plaintiff") brought this action in the Middlesex Superior Court seeking damages against Encore Boston Harbor, Wynn MA, LLC, and Wynn Resorts, Ltd. (collectively "Encore") under various legal theories arising out of Encore's disregard of Massachusetts Gaming laws, failure to abide by the published Rules of Blackjack, and inexplicably failing to dispense coins to its slot customers. On August 5, 2019, Wynn MA, LLC and Wynn Resorts, Ltd. removed the case pursuant to the Class Action Fairness Act of 2005 ("CAFA"). *See* 28 U.S.C., § 1332(d). Encore has failed to meet its burden of establishing a reasonable probability that the amount in controversy in this case exceeds the sum or value of $5 million, exclusive of interest and costs, as is required by CAFA for removal.[1] *See* 28 U.S.C., § 1332(d)(2). Accordingly, Plaintiff moves pursuant to 28 U.S.C., § 1447(c) that the case be remanded to the Middlesex Superior Court, and that the Court award Plaintiff his costs and reasonable attorney's fees incurred as a result of Encore's improvident removal.

---

[1] Defendant "Encore Boston Harbor" did not consent to removal. Accordingly, the Plaintiff also moves to remand because not all properly served defendants consented to removal.

1

The Plaintiff submits herewith a Memorandum of Law in support of this motion and incorporates said memorandum herein by reference.

Respectfully submitted,

*/s/ Joshua N. Garick*

---

Joshua N. Garick (BBO# 674603)
LAW OFFICES OF JOSHUA N. GARICK, P.C.
34 Salem Street, Suite 202
Reading, MA 01867
Phone: (617) 600-7520
Joshua@GarickLaw.com

*Counsel for Plaintiff and the Class*

Dated: September 1, 2019

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I certify that, in compliance with Local Rule 7.1(a)(2), I conferred with counsel for the defendants and have attempted in good faith to resolve or narrow the issues that are the subject of this motion.

*/s/ Joshua N. Garick*

---

Joshua N. Garick, Esq.

Dated: September 1, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2019, the foregoing was filed electronically using the Court's CM/ECF system which will send notification of such filing to all registered individuals.

*/s/ Joshua N. Garick*

---

Joshua N. Garick, Esq.

Dated: September 1, 2019