UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A. RICHARD SCHUSTER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENCORE BOSTON HARBOR; WYNN MA, LLC; and WYNN RESORTS, LIMITED,<br><br>　　　　Defendants. | No. 1:19-cv-11679-ADB |

## **DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants, Wynn MA, LLC and Wynn Resorts, Limited (collectively, "Wynn"), hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the First Amended Complaint ("Complaint") (ECF No. 13) for failure to state a claim upon which relief may be granted. Pursuant to Local Rule 7.1(b)(1), a separate memorandum of reasons sets forth why dismissal of the Complaint is necessary.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Wynn respectfully requests a hearing on this Motion to Dismiss.

Dated: September 11, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Wayne F. Dennison*
　　　　　　　　　　　　　　　　　　　　　Wayne F. Dennison (BBO #558879)
　　　　　　　　　　　　　　　　　　　　　Joshua P. Dunn (BBO #685262)
　　　　　　　　　　　　　　　　　　　　　BROWN RUDNICK LLP
　　　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　　(617) 856-8200
　　　　　　　　　　　　　　　　　　　　　wdennison@brownrudnick.com
　　　　　　　　　　　　　　　　　　　　　jdunn@brownrudnick.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　*Wynn MA, LLC; and Wynn Resorts, Limited*

-2-

**CERTIFICATE OF COMPLIANCE**

I certify that, in compliance with Local Rule 7.1(a)(2), I conferred with counsel for the plaintiff and have attempted in good faith to resolve or narrow the issues that are the subject of this motion.

                                              */s/ Joshua P. Dunn*
                                              Joshua P. Dunn

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 11, 2019.

                                              */s/ Joshua P. Dunn*
                                              Joshua P. Dunn