UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A. RICHARD SCHUSTER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENCORE BOSTON HARBOR; WYNN MA, LLC; and WYNN RESORTS, LIMITED,<br><br>　　　　Defendants. | No. 1:19-cv-11679-ADB |

## **ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF**

　　Defendants, Wynn MA, LLC and Wynn Resorts, Limited (collectively, "Wynn"), hereby move, pursuant to Local Rule 7.1(b)(3) for leave to file a reply brief in support of Wynn's motion to dismiss. Wynn seeks leave to file a reply brief within ten (10) days. **Plaintiff, A. Richard Schuster, assents to this Motion.**

　　Plaintiff's lengthy opposition raises a number of issues in the first instance for which a reply brief is required and would assist the Court in deciding Wynn's motion to dismiss. Therefore, Wynn respectfully requests that this Court grant this assented-to Motion and grant Wynn leave to file a reply brief within ten (10 days).

Dated: October 22, 2019                        Respectfully submitted,

*/s/ Joshua P. Dunn*
Wayne F. Dennison (BBO #558879)
Joshua P. Dunn (BBO #685262)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
wdennison@brownrudnick.com
jdunn@brownrudnick.com

*Attorneys for Defendants*
*Wynn MA, LLC and Wynn Resorts, Limited*

## CERTIFICATE OF CONFERENCE

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Defendants and counsel for Plaintiff have conferred in good faith regarding the resolution of this motion. Counsel for Plaintiff has indicated that Plaintiff assents to this motion.

*/s/ Joshua P. Dunn*
Joshua P. Dunn

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2019.

*/s/ Joshua P. Dunn*
Joshua P. Dunn