UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A. Richard Schuster
        Plaintiff

    v.

Winn Resorts Holdings, LLC, Winn MA, LLC and Winn Resorts, LTD.
        Defendant

CIVIL ACTION NO.:

1:19-11679-ADB

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
February 28, 2023

Burroughs, D.J.

In accordance with the Memorandum and Order entered on February 27, 2023, Defendants' motion for summary judgment, [ECF No. 97], is GRANTED and Plaintiff's motion for class certification, [ECF No. 98], is DENIED as moot. The Court further DENIES Plaintiff's request to strike the Pangoras Declaration, [ECF No. 109 at 7 n.4], and his motion to supplement the record, [ECF No. 116].

    SO ORDERED.

                               /s/ Allison D. Burroughs
                               ALLISON D. BURROUGHS
                               United States District Judge