# United States Court of Appeals
## For the First Circuit

---

A. RICHARD SCHUSTER, individually and on behalf of all others similarly situated,

Plaintiff, Appellant,

ROBERT RANSON,

Plaintiff,

v.

WYNN MA, LLC; WYNN RESORTS, LTD; WYNN RESORTS HOLDINGS, LLC,

Defendants, Appellees,

MA GAMING COMMISSION and EDWARD R. BEDROSIAN, JR.,

Interested Parties.

---

**JUDGMENT**

Entered: September 23, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision dismissing A. Richard Schuster's unjust enrichment claim and granting summary judgment in favor of Wynn MA, LLC; Wynn Resorts, Ltd; and Wynn Resorts Holdings, LLC, on A. Richard Schuster's remaining claims is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: David Pastor, Joshua N. Garick, Wayne F. Dennison, Joshua Dunn, David S. Mackey